UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

     vs.

DAVID ROBERT-DANIEL SAYLOR, SR.,

               Defendant.

_____/      MOTION TO SEAL

     Now comes the United States of America by Andrew Byerly Birge, United States

Attorney for the Western District of Michigan, and Kristin M. Pinkston, Assistant United States

Attorney, and moves this court to seal the Indictment in the above entitled case in order that the

execution of the arrest warrant be unimpeded and the investigation continue; and that such

sealing remain in force and operation until the defendant is advised of these proceedings,

arrested, the investigation is completed, or further order of this court. The government asks that

the U.S. Probation Department be excepted from the seal.

               Respectfully submitted,

               ANDREW BYERLY BIRGE
               United States Attorney

Dated: 3/29/21

               _____ for KMP
               KRISTIN M. PINKSTON
               Assistant United States Attorney
               P.O. Box 208
               Grand Rapids, MI   49501-0208
               (616) 456-2404

          IT IS SO ORDERED.

Dated: March 31, 2021

               _____
               HON. PHILLIP J. GREEN
               United States Magistrate Judge
                United States District Court