UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM AND ORDER TO SEAL |
| DAVID ROBERT-DANIEL SAYLOR, SR., | |
| Defendant. / | |

TO: HONORABLE PHILLIP J. GREEN
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MICHIGAN

Now comes Kristin M. Pinkston, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1. That on or about March 30, 2021, an Indictment was filed against defendant David Robert-Daniel Saylor, Sr., charging him with Possession of an NFA Firearm and Possession of a Stolen Firearm.

2. That the defendant is presently incarcerated at Newaygo County Jail, and that he cannot be produced and appear before this Court without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Newaygo County Jail, and to each and all of his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, on April 5, 2021, and at all future times and dates as the Court may decree. After the conclusion of any federal proceeding, said defendant will be returned to the Sheriff, Newaygo County Jail, unless otherwise ordered by the Court.

ADDITIONALLY, petition requests that this petition and order be SEALED in order for the execution of the arrest warrant be unimpeded and the investigation continue, and that such sealing remain in force and operation until the defendant is advised of these proceedings, arrested, the investigation is completed, or further order of this court.

ANDREW BYERLY BIRGE
United States Attorney

_____ for KMP
KRISTIN M. PINKSTON
Assistant United States Attorney

## ORDER

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable April 5, 2021, for an initial appearance before the Honorable Ray Kent, United State Magistrate Judge, in Grand Rapids, Michigan, and at such other times and dates as the Court may decree for later proceedings in United States District Court.

IT IS FURTHER ORDERED, that this petition and order be SEALED.

Dated: March 31, 2021

_____
PHILLIP J. GREEN
United States Magistrate Judge