UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ROBERT- DANIEL SAYLOR, SR.,

    Defendant.

_____/

PENALTY SHEET
**INDICTMENT**

**Count 1 and 2 – Possession of an NFA Firearm – 26 U.S.C. § 5861(d)**
**Maximum penalty:**  Not more than 10 years' imprisonment and/or $250,000 fine [26 U.S.C. § 5871; 18 U.S.C. § 3571].

**Supervised Release:** Not more than 3 years
(18 U.S.C. § 3583; Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  May be ordered [18 U.S.C. § 3663]

**Forfeiture**

**Count 3 – Possession of a Stolen Firearm – 18 U.S.C. § 922(j)**
**Maximum Penalty:** Not more than 10 years' imprisonment and/or $250,000 fine [18 U.S.C. § 924(a)(2); 18 U.S.C. § 3571(b)(3)]

**Supervised Release**: Not more than 3 years
[18 U.S.C. § 3583, Class C Felony, 18 U.S.C. § 3559]

**Special Assessment:** $100 [18 U.S.C. § 3013]

Date:  March 30, 2021        */s/ Kristin M. Pinkston*
                                          Assistant United States Attorney

Submitted in accordance with Admin Order 17-MS-046