## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | David Robert-Daniel Saylor, Sr. | Mag. Judge: | Sally J. Berens |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-00066-JTN | 4/12/2021 | 3:10 PM - 3:22 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Kristin Michelle Pinkston | Sean Tilton | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-3 | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- __ Arraignment:
  - __ mute  __ nolo contendre
  - __ not guilty  __ guilty
- __ Initial Pretrial Conference
- __ Detention     (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Held by video with defendant from Newaygo County Jail. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:  __ Yes  __ No<br>Defendant informed of right to appeal:  __ Yes  __ No<br>Counsel informed of obligation to file appeal: __ Yes __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Arraignment/IPTC/Detention Hearing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** J. Norton |